# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORIGA
# ATLANTA DIVISION

| | |
|---|---|
| RANESHA SADE MORRIS,<br><br>　　　　Plaintiff,<br><br>-vs-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and, JEFFERSON CAPITAL SYSTEMS LLC,<br><br>　　　　Defendants. | CASE NO. 1:24-cv-01707-TWT-JKL |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, RANESHA SADE MORRIS, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 3rd day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　**/s/ Octavio Gomez**
　　　　　　　　　　　　　　　　　　　　　　Octavio "Tav" Gomez
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 0338620
　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No.: 617963
　　　　　　　　　　　　　　　　　　　　　　Pennsylvania No.: 325066
　　　　　　　　　　　　　　　　　　　　　　The Consumer Lawyers PLLC

        412 E. Madison St, Suite 916
        Tampa, FL 33602
        Cell: (813) 299-8537
        Facsimile: (844) 951-3933
        Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 3rd day of June, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/ Octavio Gomez**
        Octavio "Tav" Gomez
        Georgia Bar No.: 617963
        The Consumer Lawyers
        *Attorney for Plaintiff*