# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

RANESHA SADE MORRIS,

    Plaintiff,

v.                                      Case No. 1:24-cv-01707-TWT-JKL

EXPERIAN INFORMATION
SOLUTIONS, INC. AND JEFFERSON
CAPITAL SYSTEMS, LLC,

    Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT, JEFFERSON CAPITAL SYSTEMS, LLC

Defendant, Jefferson Capital Systems, LLC (JCAP), through undersigned counsel, hereby submits this Notice of Pending Settlement and states plaintiff, Ranesha Sade Morris, and JCAP have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. The parties will file the appropriate dismissal documents with the Court when appropriate.

Date: June 6, 2024

                                            Respectfully submitted,

                                            */s/ Kirsten H. Smith*
                                            Kirsten H. Smith, Esq.
                                            Georgia Bar No. 702220

> SESSIONS, ISRAEL & SHARTLE, LLC
> 3838 N. Causeway Blvd., Suite 2800
> Metairie, LA 70002
> Telephone: (504) 846-7943
> ksmith@sessions.legal
> *Counsel for Defendant*
> *Jefferson Capital Systems, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2024, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

> Octavio "Tav" Gomez, Esq.
> The Consumer Lawyer PLLC
> 412 E. Madison St, Ste 916
> Tampa, FL 33602
> Tav@theconsumerlawyers.com

> */s/ Kirsten H. Smith*
> Attorney

2