IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RANESHA SADE MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:24-cv-1707-TWT-JKL |

## **ORDER**

The parties in this case have filed two notices of settlement, informing the Court that they have reached respective settlements of Plaintiff Ranesha Sade Morris's claims. [Docs. 8, 9.] Based upon these representations, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. The parties shall file the appropriate dismissal documents within 60 days of the date of this Order. If the parties need additional time to finalize the settlement, they should move for such additional time. If the settlement fails, the parties should promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if

IT IS SO ORDERED this 6th day of June, 2024.

_____
JOHN K. LARKINS III
United States Magistrate Judge

---

settlement negotiations fail.  Administrative closure will not prejudice the rights of the parties to this litigation in any manner.